# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation, and ASSOCIATED WHOLESALE GROCERS, INC., <br><br>　　　Plaintiffs, <br><br>　　　v. <br><br>SUPERVALU INC., a Delaware corporation, <br><br>　　　Defendant. | 8:16CV465 <br><br> ORDER |

| | |
|---|---|
| BOROWIAK IGA FOODLINER, INC., <br><br>　　　Plaintiff/Counter Defendant, <br><br>　　　v. <br><br>AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC., <br><br>　　　Defendants/Third-Party <br>　　　Plaintiffs/Counter Plaintiffs, <br><br>　　　v. <br><br>TREVOR BOROWIAK, <br><br>　　　Third Party Defendant. | 8:16CV466 <br><br> ORDER |

　　　This matter is before the court on Borowiak IGA Foodliner, Inc.'s Motion for Extension of Time to File a Rule 26(f) Report (Filing No. 25 in Case No. 8:16cv466). In

1

light of the pending Motion to Consolidate the above captioned cases, the court finds it is appropriate to continue the deadline for the parties to meet and confer and provide a joint report pursuant to Fed. R. Civ. P. 26(f) in both cases until after the motion is resolved. Accordingly,

**IT IS ORDERED**:

1. Borowiak IGA's Motion for Extension of Time to File a Rule 26(f) Report (Filing No. 25 in Case No. 8:16cv466) is granted;

2. The Rule 26 Meeting Report Deadline is canceled in case numbers 8:16cv465 and 8:16cv466. The court will reset the deadline upon resolution of the pending Motion to Consolidate.

**DATED:   January 5, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**