IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation; and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>            Plaintiffs,<br>   vs.<br><br>SUPERVALU INC., a Delaware corporation;<br><br>Defendant. | **8:16CV465**<br>**MEMBER CASE**<br><br>**ORDER** |
| BOROWIAK IGA FOODLINER, INC.,<br><br>            Plaintiff,<br>   vs.<br><br>AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>            Defendants,<br>            Counterclaimants, and<br>            Third-Party Defendants,<br>   vs.<br><br>TREVOR BOROWIAK,<br><br>            Third-Party Defendant. | **8:16CV466**<br>**LEAD CASE**<br><br>**ORDER** |

This matter is before the Court on Affiliated Foods Midwest Cooperative, Inc. ("AFM") and Associated Wholesale Grocers, Inc.'s ("AWG") Motion to Suspend Discovery Deadlines in the Member Case Pending Resolution of Motion to Consolidate ([Filing No. 106](Filing No. 106) in Case No. 8:16CV465). AFM/AWG requests a suspension of discovery deadlines due to previous issues with discovery production and in consideration of Borowiak IGA's Motion to Consolidate, which may further impact the progression of the case.

After AFM/AWG filed the motion, the Court permitted counsel for SuperValu, Inc. to withdraw. SuperValu's new counsel represents that SuperValu does not oppose the motion, and

1

further represents that it is engaged in discussions with the other parties regarding a revised progression schedule. (Filing No. 119). Accordingly,

**IT IS ORDERED:**

1. Affiliated Foods Midwest Cooperative, Inc. and Associated Wholesale Grocers, Inc.'s Motion to Suspend Discovery Deadlines in the Member Case Pending Resolution of Motion to Consolidate (Filing No. 106 in Case No. 8:16CV465) is granted;

2. Within fourteen (14) days after the Court issues its ruling on Borowiak IGA Foodliner's Motion to Schedule Jury Trial and Consolidate (Filing No. 104 in Case No. 8:16CV465), the parties shall submit a joint proposed revised schedule for progression of the case to the undersigned magistrate judge.

Dated this 20th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge