IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BOROWIAK IGA FOODLINER, INC.,

    Plaintiff and Counterclaim Defendant,

vs.

AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC.,

    Defendants, Counterclaimants, and Third-Party Plaintiffs.

vs.

TREVOR BOROWIAK,

    Third-Party Defendant.

**8:16CV466**

**JUDGMENT**

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 316),

IT IS ORDERED, ADJUDGED AND DECREED that all claims between the parties herein are dismissed with prejudice, the parties to pay their own costs and attorney fees.

March 27, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge